IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTURO ROMO, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 10 C 2347 |
| ) | |
| AJAX UNIFORM RENTAL, INC., PETER ) | Judge Susan E. Cox |
| PAROS, and JIM PAROS, individually, ) | |
| ) | |
|    Defendants ) | |

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH RULE 37.2**

Counsel for Plaintiff hereby certifies that he has met and conferred with counsel for Defendants through a telephone conversation on May 19, 2011 in an effort to resolve this dispute in compliance with Local Rule 37.2 and with this Court's standing order.

                    Respectfully submitted,

Dated: May 19, 2011

                    s/ Alvar Ayala
                    ALVAR AYALA  (ARDC #6295810)
                    Working Hands Legal Clinic
                    77 West Washington Street, Suite 1402
                    Chicago, Illinois 60602
                    (312) 795-9115
                    Attorney for Plaintiffs